In the Matter of the Claim of JOHN O'CONNOR, Respondent, against CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Claimant was employed as a foreman of a gang working on gas pipes. A gas main burst and he was nearly overcome. On his way home he was taken with coughing and hemorrhage from the lungs. The employer's doctor treated him that same day. Causal relation was established. Proper notice was given to the employer on the same day. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ELLIS KITCHEN, Respondent, against TONAWANDA PAPER CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant suffered a serious fracture of the skull through which the left supra-orbital region was depressed. Two months after the accident he returned to work for about eight months and received the same wages as before the accident. The Board has found that thereafter he lost fifty per cent of his earning capacity. This is sustained by medical testimony that the scar tissue had shrunk causing headaches. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of FRANK SQUIRES, Respondent, against GENESEE STONE PRODUCTS CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was employed by a farmer. The farmer made an agreement with a special employer to furnish claimant and a team for two or three days' work. While claimant was working with the team, moving an iron railroad rail, he sustained injury. The question was whether or not claimant was in the employ of the special employer. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of GUSTAVE BEDERMAN, Respondent, against WALTER T. MCNAMARA, Appellant, and Others. STATE INDUSTRIAL BOARD, Respondent.— Claimant was a window cleaner, employed by one Silverman; Silverman, in turn, contracted with McNamara to clean the windows of a school building of which McNamara was the custodian, and which McNamara was required to clean; Silverman had no insurance; McNamara had insurance covering the identical work which claimant was required to do. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ANNA MARY CHENSKY, Respondent, against THE BEACON COMMISSARY CORPORATION and THE GLENS FALLS INDEMNITY COMPANY, Respondents, and GREAT AMERICAN INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Claimant temporarily worked in Connecticut, incidental to business of master in New York. Award unanimously affirmed, with costs to the State Industrial Board against the appellant. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.